IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION ONE

STATE OF WASHINGTON,

Respondent,

v.

ARIEMUS ZELLOUS,

Appellant.

No. 78169-3-I

UNPUBLISHED OPINION

FILED: DEC 3 1 2018

FILED
COURT OF APPEALS DIV 1
STATE OF WASHINGTON
2018 DEC 31 AM 9: 11

PER CURIAM — Ariemus Zellous appeals the DNA fee imposed as part of his sentence for failing to register as a sex offender. Zellous contends, and the State concedes, that the $100 DNA collection fee should be stricken under State v. Ramirez, 191 Wn.2d 732, 746-50, 426 P.3d 714 (2018) because Zellous' DNA is already on file with the Washington State Patrol Crime Lab. We accept the concession of error and remand for the court to strike the DNA fee from the judgment and sentence.

Remanded for amendment of the judgment and sentence.

FOR THE COURT:

Becker, J.

Andrus, J.

Leach, J.